CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−00967−1
## *Internal Use Only*

Case title: USA v. Scott  
Other court case number: 1:20cr0005 Texas Eastern District Court − Beaumont

Date Filed: 04/30/2021  
Date Terminated: 05/06/2021

Assigned to: Magistrate Judge Christina A Bryan

### Defendant (1)

**Terrick Allen Scott**  
*TERMINATED: 05/06/2021*

represented by **Tillet J Mills , II**  
Mills and Associates  
4101 Greenbriar  
Suite 210  
Houston, TX 77098  
281−767−9717  
Email: tillet@tilletjmills.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 CPID Methamphetamine & Heroin | Ordered committed to the Texas Eastern District Court Beaumont |

**Plaintiff**

USA

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/30/2021 | 1 | 4 | Copy of Indictment from the Texas Eastern District Court − Beaumont Division 1:20cr0005 as to Terrick Allen Scott, filed.(kmurphyadi, 4) (Entered: 04/30/2021) |
| 04/30/2021 |  | 24 | Arrest (Rule 40) of Terrick Allen Scott. (kmurphyadi, 4) (Entered: 04/30/2021) |
| 04/30/2021 |  | 22 | ***Set Hearing as to Terrick Allen Scott: Initial Appearance − Rule 40 set for 4/30/2021 at 02:00 PM before Magistrate Judge Christina A Bryan (kmurphyadi, 4) (Entered: 04/30/2021) |
| 04/30/2021 |  | 23 | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 4/30/2021 before Magistrate Judge Christina A Bryan as to Terrick Allen Scott. Defendant first appearance on Indictment from the Texas Eastern District Court 1:20−cr−0005 and advised of rights/charges. Defendant appeared without counsel, Defendant request more time to retain counsel. Order of Temporary Detention Pending Hearing to be entered. Counsel Determination Hearing set for 5/3/2021 at 10:00 AM in by video before Magistrate Judge Christina A Bryan Appearances: AUSA Matthew Peneguy f/USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: C. McMurray−Thompkins) Defendant remanded to custody, filed.(cjan, 4) (Entered: 04/30/2021) |
| 04/30/2021 | 2 | 25 | Order of Temporary Detention Pending Hearing as to Terrick Allen Scott Counsel Determination Hearing set for 5/3/2021 at 10:00 AM in by video before Magistrate Judge Christina A Bryan ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 04/30/2021) |
| 05/03/2021 |  | 26 | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: COUNSEL DETERMINATION HEARING as to Terrick Allen Scott held on 5/3/2021. Counsel Determination Hearing set for 5/4/2021 at 10:00 AM in by video before Magistrate Judge Christina A Bryan. Defendant requests more time to retain counsel. Appearances:L. Collins AUSA.(ERO:O. Lindor) (Interpreter:no) Deft remanded to custody, filed.(cjan, 4) (Entered: 05/03/2021) |
| 05/04/2021 |  | 27 | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: COUNSEL DETERMINATION HEARING as to Terrick Allen Scott held on 5/4/2021. Defendant requests more time to retain. Counsel Determination Hearing set for 5/5/2021 at 10:00 AM in by video before Magistrate Judge Christina A Bryan Appearances:J. Porto.(Court Reporter: J. Sanchez) (Interpreter:no) Deft remanded to custody, filed.(cjan, 4) (Entered: 05/04/2021) |
| 05/05/2021 | 3 | 28 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant Terrick Allen Scott. TILLET MILLS appointed. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 05/05/2021) |
| 05/05/2021 |  | 29 | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: COUNSEL DETERMINATION HEARING as to Terrick Allen Scott held on 5/5/2021. Tillet J Mills, II appointed. Counsel Determination Hearing reset for 5/6/2021 at 10:00 AM in by video before Magistrate Judge Christina A Bryan Appearances:Joe Porto. Tillet J Mills, II.(ERO:D. Sillas) (Interpreter:none) Deft |

| | | | |
|---|---|---|---|
| | | | remanded to custody, filed.(cjan, 4) (Entered: 05/05/2021) |
| 05/06/2021 | | 30 | COUNSEL DETERMINATION HEARING Minute Entry for proceedings held on 5/6/2021 before Magistrate Judge Christina A Bryan as to Terrick Allen Scott. Defendant appeared with counsel. Order appointing private counsel will be entered, Waiver of Identity, Detention Hearing in this district executed on the record, Court finds identity, Deft ordered removed to originating district,. Appearances: AUSA Joe Porto f/USA; Tillet Mills (CJA) f/Deft.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed.(cjan, 4) (Entered: 05/06/2021) |
| 05/06/2021 | 4 | 31 | ORDER APPOINTING COUNSEL for Defendant Terrick Allen Scott. Tillet Mills appointed. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 05/06/2021) |
| 05/06/2021 | 5 | 32 | COMMITMENT TO ANOTHER DISTRICT as to Terrick Allen Scott. Defendant committed to the Texas Eastern District Court. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 05/06/2021) |
| 05/06/2021 | | 33 | RULE 5 Papers sent via email to Texas Eastern District Court Beaumont Division as to Terrick Allen Scott, filed.(cjan, 4) (Entered: 05/06/2021) |

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:21−mj−00967 |
| § | |
| Terrick Allen Scott § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
May 3, 2021 at 10:00 AM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 30, 2021

_____
Christina A. Bryan
United States Magistrate Judge

25

Case 1:20-cr-00052-TH-j-DCocument 307 Filed 05/06/21 Page 5 of 7 PageID #: 1571
Case 4:21-mj-00967 Document 7 Filed on 05/05/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
May 05, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *versus* | § | Case No. 4:21−mj−00967 |
| | § § | |
| Terrick Allen Scott | | |

### ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Terrick Allen Scott, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the EDTX, Beaumont Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: TILLET MILLS

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on May 5, 2021.

_Christina A. Bryan_
Christina A. Bryan
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:21−mj−00967 |
| § | |
| Terrick Allen Scott § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Terrick Allen Scott, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Tillet Mills

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on May 6, 2021.

_____
Christina A. Bryan
United States Magistrate Judge

31

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:21−mj−00967 |
| § | |
| Terrick Allen Scott § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Texas Eastern District Court, Beaumont division, in 1:20−cr−005.**

The defendant requested court appointed counsel. CJA Attorney appointed.

The defendant remains in custody after the initial appearance.

Defendant will retain counsel in Beaumont

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: May 6, 2021

Christina A. Bryan
United States Magistrate Judge

Government moved for detention and Defendant detained pending a hearing in District of offense.

32